Mark L. Javitch (CA SBN 323729)
Javitch Law Office
480 S. Ellsworth Ave.
San Mateo, CA 94401
Telephone: (650) 781-8000
Facsimile: (650) 648-0705
mark@javitchlawoffice.com
*Attorney for Plaintiff*

UNITED STATES DISTRICT COURT

DISTRICT OF NEBRASKA

| | |
|---|---|
| BEN FABRIKANT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>Q LINK WIRELESS, LLC, et. al.,<br><br>Defendants. | Case No.: 4:21-cv-03194-JMG-SMB<br><br>**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

Now comes Plaintiff BEN FABRIKANT and Defendant Q LINK WIRELESS, LLC, by and through their respective attorneys, and pursuant to Rule 41(a)(1)(A)(ii), who hereby stipulate to the voluntary dismissal of all claims with prejudice, with each side bearing their own costs and attorney's fees.

Respectfully submitted,

Dated: May 30, 2022      By:   /s/ Mark L. Javitch
                                Mark L. Javitch (CA SBN 323729)
                                Javitch Law Office
                                480 S. Ellsworth Ave
                                San Mateo, CA 94401
                                Telephone: (650) 781-8000
                                Facsimile: (650) 648-0705

**ATTORNEYS FOR PLAINTIFF**

Dated: May 30, 2022      By:    /s/ Zachary D. Ludens
JORDAN A. SHAW, ESQ.
Fla. Bar No. 111771
ZACHARY D. LUDENS, ESQ.
Fla. Bar. No. 111620
ZEBERSKY PAYNE SHAW LEWENZ, LLP
110 SE 6th Street Suite 2900
Ft. Lauderdale, FL 33301
Telephone: (954) 989-6333
Facsimile: (954) 989-7781

**ATTORNEYS FOR DEFENDANT**

PURSUANT TO STIPULATION, IT IS SO ORDERED

Date: _____, 2022          _____
John M. Gerrard
United States District Court Judge