IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| BEN FABRIKANT, individually and on behalf of all others similarly situated,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>Q LINK WIRELESS, LLC, a Florida limited liability company, and JOHN DOE I,<br><br>　　　　　Defendants. | 4:21-CV-3194<br><br>JUDGMENT |

On the parties' stipulation of voluntary dismissal with prejudice (filing 29), this case is dismissed with prejudice, each side bearing their own costs and attorney's fees.

Dated this 31st day of May, 2022.

BY THE COURT:

John M. Gerrard
United States District Judge